UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>                 Petitioner )<br>                             )<br>         V.                )<br>                             )<br>BORIS J. ZARTHAR        )<br>               Respondent ) | M.B.D. No.<br><br>**05 MBD 10252** |

## DECLARATION OF REVENUE OFFICER

I, Nasawania T. Ranatou, declare:

1.  I am a duly commissioned Revenue Officer employed in the Small Business/Self Employed Division of the Office of the Area Director of the Internal Revenue Service at 1250 Hancock Street, Suite 503S, Quincy, MA 02169. I make this declaration based on personal knowledge or information provided to me in the course of my employment.

2.  In my capacity as a Revenue Officer, I am conducting an investigation to determine the tax liability of Boris J. Zarthar for the period(s) ending December 31, 1995, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

3.  In furtherance of the above investigation and in accordance with 26 U.S.C. § 7602, I issued on September 10, 2004, an administrative summons to Boris J. Zarthar to give testimony and to produce documents as described in same summons. The summons is attached to the Petition as "Exhibit A".

4.  In accordance with 26 U.S.C. § 7603, on September 10, 2004, I served an attested copy of the Internal Revenue Service summons described in paragraph 3 above on the respondent, Boris J. Zarthar, by leaving an attested copy of the summons at 14 Churchill Place, Dedham, MA 02026, as evident in the certificate of service on the second page of the summons.

5.  On September 28, 2004, Boris J. Zarthar failed to comply with the summons. The respondent's refusal to comply with the summons continues to the date of this Declaration.

6.   The books, papers, records or other data sought by the summons are not already in possession of the Internal Revenue Service.

7.   All administrative steps required by the Internal Revenue Code for issuance of a summons have been taken.

8.   It is necessary to obtain the testimony and to examine the books, papers, records or other data sought by the summons in order to determine the federal tax liability of Boris J. Zarthar for the period(s) ending December 31, 1995, December 31, 1996, December 31, 1997, December 31, 1998, December 31, 1999, December 31, 2000, December 31, 2001, December 31, 2002 and December 31, 2003.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this ___31st___ day of __January__ 200_5_

Nasawania T. Ranatou
Revenue Officer