# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Petitioner,

v.　　　　　　　　　　　MBD NO. 05-10252

BORIS J. ZARTHAR,
    Respondent.

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

    BORIS J. ZARTHAR, is ORDERED to appear IN PERSON before the undersigned United States Magistrate Judge on **THURSDAY, AUGUST 18, 2005 AT 3:00 P.M. at Courtroom #23, (7th Floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts** then and there to show cause, if any there by, why he should not be compelled to obey the Internal Revenue Service Summons served upon him on September 10, 2004.

    It is FURTHER ORDERED that the United States Marshal or one of his deputies personally serve a copy of this Order, together with a copy of the Petition and Exhibit(s) thereto upon BORIS J. ZARTHAR *on or before the close*

*of business on MONDAY, AUGUST 1, 2005.*

It is FURTHER ORDERED that within five (5) days of service of a copy of this Order, the Petition and Exhibit(s), BORIS J. ZARTHAR shall file and serve a written response to the within Order.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

July 12, 2005.