UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
UNITED STATES OF AMERICA,     )
        Petitioner,           )
                              )
v.                            )    MBD No. 05-10252-RBC
                              )
BORIS J. ZARTHAR,             )
        Respondent.           )
_____)

**PETITIONER'S ASSENTED TO MOTION TO CONTINUE
SHOW CAUSE HEARING**

NOW COMES, the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves this court to continue the Show Cause Hearing scheduled for August 18, 2005 to September 15, 2005, or a date convenient to the court.

As grounds therefore, Petitioner states that the undersigned attorney will be out of the state on previously planned leave on August 18, 2005, and wishes to personally appear at the hearing in this case.

Petitioner's counsel has conferred with respondent's counsel, and he has agreed to this continuance.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney


            By: /s/Patricia M. Connolly
                PATRICIA M. CONNOLLY
                Assistant U.S. Attorney
                John Joseph Moakley U..S. Courthouse
                1 Courthouse Way - Suite 9200
                Boston, MA 02210
                (617) 748-3282

Dated: August 18, 2005