UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
UNITED STATES OF AMERICA,     )
        Petitioner,                  )
                                           )
v.                                       )     MBD No. 05-10252-RBC
                                           )
BORIS J. ZARTHAR,               )
        Respondent.          )
_____)


**ASSENTED TO MOTION TO CONTINUE**
**<u>SHOW CAUSE HEARING</u>**

     NOW COMES the Petitioner, United States of America, on behalf of its agency, the Internal Revenue Service ("IRS"), and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and hereby moves this court to continue the Show Cause Hearing scheduled for September 19, 2005 to a date on or after September 26, 2005, or a date convenient to the court. Respondent's counsel has requested that the court continue the hearing to a date other than September 29, 2005, as he has a scheduled medical appointment on that date.

     As grounds therefore, Petitioner states that the Special Procedure Advisor will be out of his office attending a CPE training during the week of September 19, 2005 and wishes to personally appear at the hearing in this case.

  Petitioner's counsel has conferred with respondent's counsel, and he has agreed to this continuance.

               Respectfully submitted,

               MICHAEL J. SULLIVAN
               United States Attorney


            By: /s/Patricia M. Connolly
               PATRICIA M. CONNOLLY
               Assistant U.S. Attorney
               John Joseph Moakley U..S. Courthouse
               1 Courthouse Way - Suite 9200
               Boston, MA 02210
               (617) 748-3282

Dated: September 15, 2005