# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA
    Petitioner,

v.                                       M.B.D. NO. 2005-10252-RBC

BORIS J. ZARTHAR,
    Respondent.

## *ORDER ENFORCING INTERNAL REVENUE SERVICE SUMMONS*

The Petition to Enforce Internal Revenue Service Summons having come before United States Magistrate Judge Robert B. Collings for hearing on September 27, 2005 and the respondent, Boris J. Zarthar, not having shown any cause why he should not obey the Summons issued to him on September 10, 2004;

IT IS ORDERED that Boris J. Zarthar obey the Summons and appear (with the documents described in the Summons) before revenue Officer Nasawania T. Ranatou or any other officer of the Internal Revenue Service authorized to examine the records and take his testimony on October 3, 2005 at 9:00 A.M. at

the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503S, Quincy, Massachusetts 02169, Tel. (617) 472-2137. Failure to comply with this Order shall make the respondent liable for a finding of contempt of court.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

September 27, 2005.